EXHIBIT TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

# CIVIL ACTION NO. 4:18-CV-00576

# EXHIBIT B-1

_____

**From:** Etter, Charles H.
**Sent:** Friday, June 19, 2015 6:56 AM
**To:** McFall, Patrick D
**Cc:** Tripp, Stan
**Subject:** CONFIDENTIAL
**Importance:** High

Pat,
Will you be stopping by AFW offices today?  If so, I would like to have a private conversation about Michael.  If not, will you be available if I swing by Channelview this afternoon say around 3:00/3:30 PM?

Yesterday Michael crossed the line when he publicly accused me of lying about the status of AFW hydraulics completion.  When I told him that I did not and do not lie, and that I did not know what he was talking about, he went into a loud, angry, abusive outburst about my performance.  This was in huddle room 701 with five AFW people and Hicham with the door open so all the folks in the cubicles would have heard.  It was personally humiliating for me but also an embarrassing representation for LYB as well.  In the past I figured I need to have "thick skin" and let Michael's abusive behavior roll off my back, but this event was too much to ignore.  Aside from the personal offense, this sort of behavior severely cripples my effectiveness as LYB Engineering Manager here at AFW (loss of respect for me).  Getting results out of AFW is already an overwhelming challenge.  This makes it almost impossible.

Thanks,
***Charlie Etter***

Project Engineering Manager
LyondellBasell
Office: 281-862-5240
Mobile: 713-416-0374
Email: charles.etter@lyondellbasell.com
www.lyondellbasell.com

1